

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-13-00585-CR

Michael **SUTTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-2137-CR
William Old, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file his pro se brief is GRANTED. Time is extended to May 19, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court